# United States District Court
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**SEAN HARRINGTON** | **JUDGMENT IN A CRIMINAL CASE**<br>(For Offenses Committed On or After November 1, 1987)<br>Case Number: **6:11MJ0049-001**<br><br>Melody Walcott<br>Defendant's Attorney |

**THE DEFENDANT:**

[X]   pleaded guilty to count:.
[ ]   pleaded nolo contendere to counts(s) ___ which was accepted by the court.
[X]   was found guilty on count(s) 2  after a plea of not guilty.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 36 CFR 4.23 © | Refusal | 06/10/2011 | Two |
| 36 CFR 4.14 | Open Container of Alcohol | 06/10/2011 | Three |
| 36 CFR 2.35 (b)(2) | Possession of Controlled Substance | 06/10/2011 | Four |
| 36 CFR4.12 | Fail to Comply with Traffic Control Device | 06/10/2011 | Five |
| 36 CFR 1.5 (a)(2) | Enter a Closed Area | 06/10/2011 | Six |

The defendant is sentenced as provided in pages 2 through  6  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]   The defendant has been found not guilty on counts(s)  ___ and is discharged as to such count(s).

[X]   Count(s) One (is) dismissed on the motion of the United States.

[ ]   Indictment is to be dismissed by District Court on motion of the United States.

[X]   Appeal rights given.          []   Appeal rights waived.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

12/07/2011
Date of Imposition of Judgment

/s/ Michael J. Seng
Signature of Judicial Officer

**Michael J. Seng**, United States Magistrate Judge
Name & Title of Judicial Officer
12/07/2011
Date

# SPECIAL CONDITIONS OF SUPERVISION

The defendant shall be on UNSUPERVISED PROBATION for a term of  36 MONTHS.

1. Pursuant to 18 USC 3563 (b)(10) the defendant shall remain in the custody of the Bureau of Prisons for 120 days with credit for two (2) days served. 90 days of custody shall be suspended pending successful completion of probation. Court recommends that defendant shall serve custody time near home. The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons on 1/27/2012.

2. For twelve (12) months commencing in January 1, 2012, but excluding time in custody, defendant shall attend a court approved alcohol counseling two times weekly. Defendant shall file written reports on the tenth (10th) under Penalty of Perjury..." Confirming his attendance at alcohol counseling, compliance with all conditions of probation. During the preceding calendar month, the alcohol counseling compliance shall be confirmed by a counselor or sponsor.

3. Defendant shall obey all laws and notify the Court if he is cited or arrested for another offense to include a minor traffic violation.

4. Defendant shall pay $50.00 penalty assessment to the Clerk of Court, 2500 Tulare St. Room 1501 Fresno, CA 93721.