KATHERINE HART #76715
Attorney at Law
2055 San Joaquin
Fresno, Ca. 93721
Telephone: (559) 256-9800
Facsimile:  (559) 256-9798
email: Kbackpacker2000@yahoo.com

Attorney for Defendant
SEAN HARRINGTON

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 6:11–MJ0049 MJS |
| Plaintiff, | ORDER ALLOWING DEFENDANT TO REMAIN RELEASED ON APPEAL |
| vs. | |
| SEAN HARRINGTON, | |
| Defendant. | |

IT IS HEREBY ORDERED AS FOLLOWS:

That Defendant/Appellant SEAN HARRINGTON may remain released from custody pending appeal provided that he complies with all conditions of probation previously imposed, including but not limited to the following: attending court-approved alcohol counseling two times weekly; filing written reports on the tenth of the month under penalty of perjury confirming his attendance at alcohol counseling; obtaining confirmation of alcohol counseling by a counselor or sponsor; obeying all traffic laws; notifying the court if he is cited or arrested for another offense, including a minor traffic violation; and paying a penalty

1

1  assessment of $50.00 to the Clerk of the Court.
2      After the appeal has been ruled upon, if the decision is to affirm the appeal,
3  Defendant shall promptly report within four weeks of the decision to the facility
4  designated by the Board of Prisons.

    IT IS SO ORDERED.

    Dated:   January 18, 2012           /s/ *Michael J. Seng*
                                        UNITED STATES MAGISTRATE JUDGE